UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DARIN DUBROCK LURRY, JR.,**

    **Plaintiff,**

    v.　　　　　　　　　　　　　　　　**Case No. 2:21-cv-09**
　　　　　　　　　　　　　　　　　　　**Judge Edmund A. Sargus, Jr.**
　　　　　　　　　　　　　　　　　　　**Magistrate Judge Kimberly A. Jolson**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 13, 2021.  (ECF No. 14.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 14.)  For the reasons set forth in the Report and Recommendation, the Court **REVERSES** the Commissioner's non-disability finding and **REMANDS** this case to the Commissioner and Administrative Law Judge pursuant to Sentence 4 of § 405(g) for further consideration. This Clerk is directed to close this case.

    **IT IS SO ORDERED.**


**11/15/2021**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**